IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-04607 |
| | ) |
| JUST B' CLAWS, INC d/b/a SHAW'S | ) |
| CRAB HOUSE | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant JUST B' CLAWS, INC d/b/a Shaw's Crab House, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | JUST B' CLAWS, INC d/b/a Shaw's Crab House |
| By: /s/ *Marshall J. Burt* | By: /s/ *James J. Convery* |
| Marshall J. Burt, Esq. | James J. Convery |
| The Burt Law Group, Ltd. | Laner Muchin, Ltd. |
| 77 W. Washington, Ste 1300 | 515 North State Street, Suite 2800 |
| Chicago, IL 60602 | Chicago, IL 60654 |
| 312-419-1999 | 312-467-9800 |
| Marshall@mjburtlaw.com | jconvery@lanermuchin.com |